UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA OWENS,

    Plaintiff,

v.                                                        Case No. 09-13583

DETROIT DIESEL CORPORATION, et al.,

    Defendants.
                                                        /

**ORDER SETTING BRIEFING SCHEDULE**

On August 10, 2009, Plaintiff Paula Owens filed a complaint in Wayne County Circuit Court. Defendant Detroit Diesel Corporation was served on August 19, 2009, and filed a notice of removal to this court on September 10, 2009.

A scheduling conference was held on October 7, 2009. At the conference, Plaintiff stated that she would file a motion to remand, which she did on October 9, 2009. Although the local rules provide that every motion must be accompanied by a brief, *see* E.D. Mich. LR 7.1(c)(1)(A), Plaintiff requested additional time to file a brief in support of the motion. The court indicated that Plaintiff could file a brief in support on or before October 19, 2009, and that Defendant's response would be due on or before October 30, 2009. Accordingly,

IT IS ORDERED that Plaintiff may file her brief in support of her motion to remand after filing her motion, but in no event later than **October 19, 2009**, and Defendant shall file its response on or before **October 30, 2009.**

                                                   s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: October 15, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 15, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522
